1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANGEL BURNETT,                              No.  2:22-cv-0223 DJC KJN P

12                    Petitioner,

13        v.                                       ORDER

14    JAMES ROBERTSON,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, filed this application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 30, 2023, the Magistrate Judge filed findings and recommendations

21    herein which were served on all parties and which contained notice to all parties that

22    any objections to the findings and recommendations were to be filed within fourteen

23    days.  Petitioner filed objections to the findings and recommendations.  Respondent

24    did not file a reply.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26    304, this Court has conducted a *de novo* review of this case.  Having carefully

27    reviewed the entire file, the Court finds the findings and recommendations to be

28    supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed May 30, 2023, are adopted in full;

3         2.  Petitioner's application for a writ of habeas corpus is denied; and

4         3.  The Court declines to issue the certificate of appealability referenced in 28

5    U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a

6    constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

7

8         IT IS SO ORDERED.

9    Dated:   **September 1, 2023**

10                                                    Hon. Daniel J. Calabretta
                                                     UNITED STATES DISTRICT JUDGE

11

12

13   /burn0223.805.hc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28